

Entered on Docket
December 28, 2010

Hon. Mike K. Nakagawa
United States Bankruptcy Judge

1  KATHLEEN A. LEAVITT
   CHAPTER 13 STANDING TRUSTEE
2  201 Las Vegas Blvd SouthSuite 200
   Las Vegas, NV  89101
3  (702) 853-0700

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| IN RE:<br>GERARDO DIAZ<br><br>Debtor<br><br>**PRO SE DEBTOR**<br>**Attorney for Debtor** | Chapter 13<br>BKS-10-30915-MKN<br><br>Hearing Date: N/A<br>Hearing Time: N/A |
|---|---|

**EX-PARTE ORDER DISMISSING CHAPTER 13
CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**

As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not filed Schedules A - J, Statement of Financial Affairs and Chapter 13 Plan as required within the forty-five (45) day period, which expired on December 17, 2010.

. . .

. . .

. . .

1

1 **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2 **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3 **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4 and for administrative expenses from the balance on hand in this case, if any.

5 **IT IS SO ORDERED.**

6 Submitted by:

7 /s/ Kathleen A. Leavitt
KATHLEEN A. LEAVITT
8 CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: December 23, 2010
9 (tsw)